UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CARLOS ANTONIO MIGUEL-GARCIA,<br><br>  Defendant. | Case No.: 19-mj-24577-RNB-CAB<br><br>**ORDER DENYING APPEAL FROM MAGISTRATE JUDGE DECISION AND AFFIRMING CONVICTION AND SENTENCE [Doc. No. 10]** |

On December 11, 2019, Defendant pleaded guilty to attempted illegal entry in violation of 8 U.S.C. § 1325 and was sentenced to time served. [Doc. No. 7.] On appeal, Defendant argues that (1) the illegal entry statute violates equal protection under *Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977), and (2) the magistrate failed to advise him that knowledge of alienage was an element of the offense. [Doc. No. 21 at 2–7.] The Ninth Circuit has issued published opinions rejecting both arguments. *See United States v. Carrillo-Lopez*, 68 F.4th 1133, 1154 (9th Cir. 2023)(illegal re-entry statute does not violate equal protection under *Arlington Heights*); *United States v. Rizo-Rizo*, 16 F.4th 1292, 1299 (9th Cir. 2021)(knowledge of alienage is not an element of the offense of illegal entry).

/ / / / /

Accordingly, the Court **DENIES** Defendant's appeal from the Magistrate Judge's decision [Doc. No. 10] and **AFFIRMS** Defendant's conviction and sentence.

**IT IS SO ORDERED.**

Dated: March 6, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge